Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

MAR - 6 2021

TONY R. MOORE, CLERK
BY: _____
DEPUTY

b. If the defendant is a corporation

The defendant, (name) Oceans behavioral hospital is incorporated under the laws of the State of (name) Louisiana, and has its principal place of business in the State of (name) Louisiana.

Or is incorporated under the laws of (foreign nation) United States, and has its principal place of business in (name) Broussard La.

(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because (explain):

$100 million for illegal broadcasting supporting terrorism.

III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Statement attatched.

IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

$100 million in punitive damages for mental abuse inside a hospital for illegal broadcasting of a terrorist that works for Allstate Insurance who committed federal fraud whom I first sued in May 2018.

Page 4 of 5

a) Ir the plaintiff Beau Derise is incorparated under the laws of the state of Louisiana whose principal place of business is the state of Louisiana or is incorporated under the laws of United States

Civil complaint Summary

During my stay in February 2021, there were computer operated voice integrated devices, COVID-19 systems with I=A 9=I representing Allstate Insurance supporting corporate gangstalking broadcasting Thad Efferson an Allstate employee who puts microtransmitters (Denise vs Kingdom House Sober Living)(Denise vs St Vincent De Paul shelter) in both my ears. These COVID-19 systems were in toilets, ice machine, deep freezer, Keychains of employees, air conditions, on carts for janitorial, all throughout this hospital. In an attempt to have me have a mental breakdown from these systems on 24 hours a day. The point of the systems was so that i would complain of voices to the doctor and be put on medication for paranoid schizophrenia and have record of the voices in my chart. This happened at several hospitals including Apollo, Seaside, etc. in an attempt to fraudulently send me to a mental institution. This is terrorism and this hospital supported Allstate in corporate gangstalking by these illegal broadcasting systems.

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

MAR 6 2021

H. MOORE, CLERK
BY: _____
DEPUTY